UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID BARKSDALE, *et al.*,

    Defendants.

Case No. 3:25-cr-69

District Judge Michael J. Newman

---

**ORDER: (1) DESIGNATING THIS CASE AS A COMPLEX CASE; (2) GRANTING PARTIES' MOTION TO CONTINUE; (3) EXCLUDING THE TIME FROM AUGUST 20, 2025 UNTIL MARCH 2, 2026 FROM THE SPEEDY TRIAL ACT CALCULATION; (4) FINDING THAT THE NEW SPEEDY TRIAL ACT DEADLINE IS MAY 5, 2026; (5) SETTING TRIAL FOR MARCH 2, 2026 AT 9:30 A.M.; AND (6) REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT BY SEPTEMBER 10, 2025**

---

On August 20, 2025, the parties jointly filed a stipulation for complex case designation and motion to extend the Speedy Trial Act deadline in this case. For good cause shown and pursuant to the requirements of the Speedy Trial Act, the Court **GRANTS** the requested continuance.

The Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), B)(ii), after considering the factors set forth therein, the ends of justice are served by granting a continuance and that such continuance outweighs the best interest of the public and Defendants in a speedy trial. Because of the voluminous anticipated discovery, failure to continue would deny both the Government and Defendants the time necessary for adequate preparation for pretrial proceedings, effective trial preparation, and the ability to explore all available means of resolving this case. Accordingly, the Court designates this case a complex case. *See* 18 U.S.C. § 3161(h)(7).

Consequently, the time from August 20, 2025 until March 2, 2026, by agreement of both sides and with the Court's consent, is **EXCLUDED** in computing the time period set forth in 18

U.S.C. § 3161 within which the United States must bring Defendants to trial.  Accounting for the time excluded from the Speedy Trial Act calculation, the new **Speedy Trial Act deadline** in the instant case is **May 5, 2026**.[1]  The Court also **SETS** trial for **March 2, 2026**.  Finally, the Court **REQUIRES** the parties to file a joint status report by **September 10, 2025.**

    IT IS SO ORDERED.

August 28, 2025                                                    s/*Michael J. Newman*
                                                               Hon. Michael J. Newman
                                                                United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.